COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-18-00112-CV

Style:     Bobby D. Hall-Bey v. Heather R. Thomas

Date motion filed:     July 2, 2018

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated June 21, 2018

Judge's signature: /s/ Russell Lloyd
       X Acting individually    ☐ Acting for the Court

      Panel consists of

Date: July 6, 2018

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).